146 A.3d 472

**KLUCHINSKY, Timothy**

v.

**STATE of Maryland**

**Pet. Docket No. 226, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Application for leave to appeal denied by the Court of Special Appeals (No. 1053, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

146 A.3d 473

**LEEDOM**

v.

**RAKER**

**No. 65, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

(No. 12-C-15-003580, Circuit Court for Harford County).

Petition for writ of certiorari denied.